UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**SPORT & WHEAT, CPA, PA**,

    **Plaintiff**,

**v.**                                                                    **Case No. 3:20cv5425-TKW-HTC**

**SERVISFIRST BANK, INC.**, et al.,

    **Defendants**.

_____/

## ORDER DENYING LEAVE TO AMEND
## AND DISMISSING CASE WITH PREJUDICE

This case is before the Court on Plaintiff's motion for leave to amend the complaint (Doc. 89) and Defendants' responses in opposition (Docs. 91, 92). Upon due consideration of these filings and the proposed second amended complaint (Doc. 90), the Court finds that the motion to amend is due to be denied because the proposed amendment would be futile. Accordingly, it is

**ORDERED** that the motion for leave to amend the complaint is **DENIED**, this case is **DISMISSED with prejudice**, and the Clerk shall close the file.

**DONE and ORDERED** this 4th day of September, 2020.

_T. Kent Wetherell, II_
_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**